# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| David Craig Singleton, ) | Civil Action No. 0:14-cv-3802 DCN |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Carolyn W. Colvin, Acting Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

The above referenced Social Security case is before this court upon plaintiff's motion for attorney's fees. Plaintiff filed this petition on December 2, 2015. Defendant filed a response on December 17, 2015, stating that she does not object to an award in the amount of $3,094.25 in attorney's fees under the Equal Access to Justice Act ("EAJA").

**IT IS THEREFORE ORDERED** that the motion for attorney's fees is **GRANTED** in the amount of $3,094.25 in attorney's fees under EAJA.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

December 21, 2015
Charleston, South Carolina